UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>LEROY WALLACE JR<br>TAMMIE A WALLACE<br>1212 GREEN DR<br>GAHANNA, OH  43230<br><br>TAMMIE A WALLACE<br>1212 GREEN DR<br>GAHANNA, OH  43230<br><br>SSN(S):   XXX-XX-8038<br>                XXX-XX-9653 | Case No:   04-54452<br><br>Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 26, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FIA CARD SERVICES<br>PO BOX 15019<br>WILIMINGTON, DE  198505019 | 4.41 |